

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2017

No. 04-17-00503-CV

**IN THE INTEREST OF L.R.M.,** a Child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015EM503110
Honorable Nick Catoe Jr., Judge Presiding

## ORDER

     The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED.  Time is extended to December 6, 2017.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

cc:
Deterrean Shaunessey Gamble
Office of the Attorney General of Texas
P.O. Box 12017
MC 038-1
Austin, TX 78711

Scott E. Bradney
Office of the Attorney General
106 S. St. Mary's St.
Suite 300
San Antonio, TX 78205

David A. Ayon
Law Office of David A. Ayon
225 E. Elmira Street
San Antonio, TX 78212

Hortencia Casillas
9026 Colfax Ridge
Helotes, TX xxxx

John B. Worley
Assistant Attorney General
P.O. Box 12017, Capitol Station
(Mail Code 038-1)
Austin, TX 78711-2017

Rande K. Herrell
Office of the Attorney General
P.O. Box 12017 (MC 038-1)
Austin, TX 78711-2017